IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ARMIN WAND, III,

    Petitioner,

v.

                        Case No. 18-cv-520-slc

GARY BOUGHTON, Warden,
Wisconsin Secure Prison Facility,

    Respondent.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent Gary Boughton denying Armin Wand's petition for a writ of habeas corpus under 28 U.S.C. § 2254 dismissing this case.

| /s/ | 8/11/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |